**Unula Boo Shawn ABEBE, a/k/a Unula B Abebe, Plaintiff–Appellant,**

v.

**Maurice GREEN; Lieutenant Scott; Karen McCullough; Sharonda Sutton; Lieutenant Hudson; Kenneth Parker; Robert Stevenson; Lula Johnson; Al Walker; Nurse Johnson; Lieutenant S. Jackson; Percy Jones; Lieutenant Carter; Willie Simmons, Defendants–Appellees,**

**and**

**South Carolina; Sergeant Devon Scott; Sergeant Fogal; Sergeant H. Wright; Sergeant J.C. Williams; Sergeant Glass; Sergeant Oakman; Sergeant R. Jones; Lieutenant Faley; Corporal Furgal; Corporal Dooley; Corporal Corey Beckett; Larry Catlidge; Jermaine McCoy; John English; Clifton Davenport; M. Brady; Officer McDaniels; Officer Cox; Officer Stone; Officer Sorez; Officer Roberts; Officer Brown; John Irmo; J. Dixon; T. Edmond; Corporal Manley; Officer Hamleton; Officer Moses; Roselyn Elerby; Ann Hallman; Investigator**

Hurt; Sergeant Esterline; Officer Williams; Lieutenant R. Jefferson; Aaron Wilson; Officer Fant; Ofc Hardy; Ofc Grittle; Officer Ms. Cook; Officer Mr. Cook; Ofc Dickson; Doctor John B. Tomarchio; William Byars; Lieutenant T. Johnson, Defendants.

No. 14–7292.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 23, 2014.

Unula Boo Shawn Abebe, Appellant Pro Se. Sheila M. Bias, Drew Hamilton Butler, Caleb Martin Riser, Richardson, Plowden & Robinson, PA, Columbia, South Carolina, for Appellees.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Unula Boo Shawn Abebe appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint for failure to comply with the court's discovery order under Fed.R.Civ.P. 37(b)(2) and 41(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Abebe v. Green*, No. 5:11–cv–02750–RMG (D.S.C. July 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*